GALATEA DELAPP
Attorney at Law
#181581
1541 E. Fairmont #104
(559) 803 0471

Attorney for: JOSE ARREOLA SERRATO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>        v.<br><br>JOSE ARREOLA SERRATO,<br><br>                 Defendant. | CASE NO. 1:15-CR-00288<br><br>STIPULATION & ORDER |

      May 17, 2017 this court had a hearing on the proposed substitution of attorney, ARTURO HERNANDEZ for the defendant, JOSE ARREOLA SERRATO. The court continued the matter until May 1, 2017 at 8:30 AM so that ARTURO HERNANDEZ could review digital copies of discovery on a flash drive provided to the defendant, JOSE ARREOLA SERRATO, by attorney, GALATEA DELAPP, on February 16, 2017, and report whether or not attorney ARTURO HERNANDEZ would be prepared to accept the case with the knowledge that the trial date of AUGUST 15, 2017 would not change. Additionally, attorney GALATEA DELAPP agreed to provide by April 24, 2017, 28 Media CD's, obtained at considerable expense and time, through Maximus Media, which consist of, among other things, the actual audio of wiretaps already translated, transcribed, and reported on within the discovery provided on the flash drive, as well as video recordings already reported on verbally, in detail, within the discovery provided on

the flashdrive.

These 28 CD's are critical to trial preparation. There is only one copy. They are expensive and time consuming to reproduce. Having to reproduce them at a later time through Maximus should they become lost or otherwise delayed in their return would hinder GALATEA DELAPP's ability to prepare for trial. Therefore it is stipulated by and between GALATEA DeLAPP and ARTURO HERNANDEZ that the court issue an order that ARTURO HERNANDEZ bring the 28 CD's to court on May, 1, 2017 whether or not he still intends to become or becomes the attorney for defendant JOSE ARREOLA HERNANDEZ on that date. Should the court allow ARTURO HERNANDEZ to substitute as attorney of record, he will keep the 28 CD's.

Dated: April 17, 2017                     Respectfully submitted,

                                          /s/ Galatea DeLapp
                                          GALATEA DeLAPP
                                          Attorney for JOSE ARREOLA SERRATO


Dated: April 17, 2017                     /s/ Arturo Hernandez
                                          Attorney at Law


IT IS SO ORDERED.

   Dated:   **April 17, 2017**                  **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE