# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:15-cr-00288-LJO-SKO-14** |
| **Plaintiff,** | **ORDER TO SHOW CAUSE RE NON-APPEARANCE OF DEFENSE COUNSEL, REQUIRING PERSONAL APPEARANCE OF COUNSEL AND DEFENDANT ON AUGUST 7, 2017 AT 2:00 PM** |
| **v.** | |
| **JOSE ROBERTO ARREOLA-SERRATO,** | |
| **Defendant.** | |

This matter came on for a trial confirmation hearing before the undersigned on July 31, 2017 at 8:30 a.m. in Courtroom 4. Neither Defendant Arreola-Serrato nor his attorney, Arturo Hernandez, appeared. In light of this non-appearance, Counsel is **ORDERED TO SHOW CAUSE in person on Monday August 7, 2017 at 2:00 pm in Courtroom 4 (LJO)** why he should not be sanctioned and/or held in contempt for failure to appear at the trial confirmation hearing.

**Defendant is also ordered to personally appear on Monday August 7, 2017 at 2:00 pm**. A no bail arrest warrant issued for Defendant Arreola-Serrato, but that warrant will be held in abeyance pending the outcome of this Order to Show Cause.

IT IS SO ORDERED.

Dated: __July 31, 2017__                 _____/s/ Lawrence J. O'Neill_____
                                                     UNITED STATES CHIEF DISTRICT JUDGE