IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JORGE ARREOLA-SERRATO,<br><br>                    Defendant. | **CASE NO. 1:15-CR-00288 LJO-SKO**<br><br>**ORDER CONTINUING TRIAL BASED UPON STIPULATION**<br><br>Date: February 27, 2018<br>Time: 8:30 a.m.<br>Honorable Lawrence J. O'Neill |

The defendant, by and through his attorney, Arturo Hernandez, and the United States of America, by and through Assistant U.S. Attorney Kathleen A. Servatius, have agreed to continue the trial in this case from February 27, 2018 until May 15, 2018. The basis for the continuance is due the unavailability of counsel for the defendant who is undergoing surgery and requires an extended recuperation period. Based upon this, and taking into account the availability of counsel based upon their respective trial schedules, the next available date wherein both parties can try the matter is May 15, 2018.

IT IS HEREBY ORDERED that the trial in this case be continued from February 27, 2018 until May 15, 2018 at 8:30 a.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act due to the unavailability of counsel for the defendant and for the

Order

1

reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27 through May 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 23, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE