| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLEGARIO TRUJILLO, ET. AL.<br><br>Defendants. | CASE NO. 1:15-CR-00288 LJO-SKO<br><br>**STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND ORDER THEREON**<br><br>Date: May 15, 2018<br>Time: 8:30 a.m.<br>Honorable Lawrence J. O'Neill |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Jorge Arreola-Serrato, by and through his attorney of record, Arturo Hernandez, hereby stipulate to continue the trial in this case from May 15, 2018 at 8:30 a.m. to August 21, 2018 at 8:30 a.m.

The parties request that time be excluded between May 15 to August 21, 2018 at 8:30 a.m. for the following reasons: Defendant's counsel, Arturo Hernandez, suffered a vehicle collision on April 9, 2018 that resulted in broken ribs and re-injured his knee that had recently been replaced/repaired. He currently has been ordered by his doctor not to work until at least May 13. However, on April 16, 2018, he learned that the accident had re-injured his knee and he currently scheduled for surgery on April 26, 2018. The proposed trial date represents the earliest date that both counsel are available thereafter, taking into account the schedules of both counsel, defense counsel's surgical and recuperative schedule and commitments to other clients, and the need for preparation in the case and further investigation.

Stipulation to Continue Trial Date

1

The parties further believe that time should be excluded until August 21, 2018, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: April 19, 2018
McGREGOR W. SCOTT
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: April 19, 2018
/s/ *Arturo Hernandez*
Attorney for Jorge Arreola-Serrato

### **ORDER**

IT IS HEREBY ORDERED that the trial in this case be continued from May 15 until August 21, 2018, 2018 at 8:30 a.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 15, 2018 through August 21, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **April 19, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE