| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>JORGE ARREOLA-SERRATO.<br><br>                Defendants. | **CASE NO. 1:15-CR-00288 LJO-SKO**<br><br>**STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND PROPOSED ORDER THEREON**<br><br>Date: December 11, 2018<br>Time: 8:30 a.m.<br>Honorable Lawrence J. O'Neill | |

       The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Jorge Arreola-Serrato, by and through his attorney of record, Arturo Hernandez, hereby stipulate to continue the trial in this case from December 11, 2018 until January 15, 2019 at 8:30 a.m.

       The parties request that time be excluded between December 11, 2018 and January 15, 2019 for the following reasons: (1) the government will be seeking a superseding indictment and the continuance will provide the defendant will the 30-day continuance contemplated by Title 18, United States Code, Section 3161; (2) two government witnesses are currently in custody and will not arrive in the district in time for adequate preparation; and (3) government counsel has had a death in the family that requires travel to the east coast and interferes with her ability to adequately prepare for trial and comply with the Court's pretrial order. The proposed trial date represents the earliest date that both counsel are available thereafter, taking into account the schedules of both counsel, and the need for preparation in the case and further investigation.

Stipulation to Continue Trial Date

1

The parties further believe that time should be excluded until January 15, 2019, in that failure to grant the requested case schedule would unreasonably unreasonably deny both the defendant and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: November 27, 2018           McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ *Kathleen A. Servatius*
                                   KATHLEEN A. SERVATIUS
                                   Assistant United States Attorney

Dated:  November 27, 2018          /s/ *Arturo Hernandez*
                                   Attorney for Jorge Arreola-Serrato

### **ORDER**

IT IS HEREBY ORDERED that the trial in this case be continued from December 11, 2018 until January 15, 2019 at 8:30 a.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2018 and January 15, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 27, 2018**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE

Stipulation to Continue Trial Date
2

Stipulation to Continue Trial Date

3