IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JORGE ROBERTO ARREOLA-SERRATO,<br><br>　　　　　　　Defendant. | CASE NO. 1:15-CR-00288 LJO SKO<br><br>ORDER GRANTING GOVERNMENT'S EX PARTE REQUEST FOR VOICE EXEMPLAR |

The UNITED STATES OF AMERICA, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, having moved this court for an order compelling the defendant to provide a voice exemplar for use at the trial of this case to compare to recorded telephone conversations intercepted, and good cause appearing therefore,

IT HEREBY ORDERED that the defendant shall provide voice exemplar to government agents during the week of December 9, 2019.

IT IS SO ORDERED.

Dated: **December 6, 2019**　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

ORDER GRANTING GOVERNMENT'S REQUEST FOR
VOICE EXEMPLAR　　　　　　　　　1