McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>JORGE ARREOLA-SERRATO.<br><br>                   Defendants. | **CASE NO. 1:15-CR-00288 NONE-SKO**<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**<br><br>Date: April 10, 2020<br>Time: 8:30 a.m.<br>Honorable Lawrence J. O'Neill |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Jorge Arreola-Serrato, by and through his attorney of record, James Brusseau, hereby stipulate to continue the sentencing in this case from April 10, 2020 until May 15, 2020 at 8:30 a.m.

Dated: February 27, 2020
                                                McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ *Kathleen A. Servatius*
                                                KATHLEEN A. SERVATIUS
                                                Assistant United States Attorney

Dated: February 27, 2020
                                                /s/ *James Alan Brusseau*
                                                Attorney for Jorge Arreola-Serrato

///

///

# **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from April 10, 2020 until May 15, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**February 29, 2020**__  
_____  
UNITED STATES DISTRICT JUDGE