McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ARREOLA-SERRATO.<br><br>　　　　　　　　Defendants. | **CASE NO. 1:15-CR-00288 NONE-SKO**<br><br>**STIPULATION TO CONTINUE SENTENCING AND PROPOSED ORDER THEREON**<br><br>Date: September 4, 2020<br>Time: 8:30 a.m.<br>Honorable Dale A. Drozd |

　　　　The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Jorge Arreola-Serrato, by and through his attorney of record, James Brusseau, hereby stipulate to continue the sentencing in this case from September 4, 2020 until October 8, 2020 at 8:30 a.m.

Dated: July 31, 2020　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Kathleen A. Servatius*
　　　　　　　　　　　　　　　　　　　　　　　　KATHLEEN A. SERVATIUS
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: July 31, 2020　　　　　　　　　　　　/s/ *James Alan Brusseau*
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Jorge Arreola-Serrato

///

///

STIPULATION TO CONTINUE SENTENCING HEARING　　　　1

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from September 4, 2020 until October 8, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **July 31, 2020**              /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE