McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00288 NONE-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | |
| JORGE ARREOLA-SERRATO. | Date: October 8, 2020<br>Time: 8:30 a.m.<br>Honorable Dale A. Drozd |
| Defendants. | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Jorge Arreola-Serrato, by and through his attorney of record, James Brusseau, hereby stipulate to continue the sentencing in this case from October 8, 2020 at 8:30 a.m. until December 10, 2020 at 8:30 a.m.

Dated: October 1, 2020        McGREGOR W. SCOTT
                              United States Attorney

                              /s/ *Kathleen A. Servatius*
                              KATHLEEN A. SERVATIUS
                              Assistant United States Attorney

Dated: October 1 31, 2020     /s/ *James Alan Brusseau*
                              Attorney for Jorge Arreola-Serrato

///

///

STIPULATION TO CONTINUE SENTENCING HEARING            1

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from October 8, 2020 until December 10, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **October 2, 2020**                                       /s/ Dale A. Drozd
                                                                                   UNITED STATES DISTRICT JUDGE