MARTENS AND BRUSSEAU LAW CORP.
JAMES BRUSSEAU, SBN 314529
220 S MOONEY BLVD. STE. D
VISALIA, CA  93291
TEL: 559-372-0942
EMAIL: Legal@mblawcorp.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ARREOLA-SERRATO.<br><br>　　　　　　　Defendants. | **CASE NO.  1:15-CR-00288 NONE-SKO**<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**<br><br>Date:<br>Time: |

　　　The Defendant Jorge Arreola-Serrato by and through his attorney of record, James Brusseau, and, KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby stipulate to continue the sentencing in this case from April 1, 2021 at 9:30 a.m. until May 13, 2021, at 9:30 a.m.

 Dated: March 30, 2021　　　　　　　　　　　　　/s/ *Kathleen A. Servatius*
　　　　　　　　　　　　　　　　　　　　　　　　　KATHLEEN A. SERVATIUS
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  March 30, 2021　　　　　　　　　　　　　/s/ *James Alan Brusseau*
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Jorge Arreola-Serrato

///

///

STIPULATION TO CONTINUE SENTENCING HEARING

1

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from April 1, 2021 at 9:30 a.m. until May 13, 2021, at 9:30 a.m. No further continuances of this matter will be granted absent a detailed and compelling showing of good cause.

IT IS SO ORDERED.

Dated:   **March 31, 2021**                               /s/ Dale A. Drozd
                                                         UNITED STATES DISTRICT JUDGE